Probation Form No. 35                Report and Order Terminating Probation /
(1/92)                                        Supervised Release
                                               Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

        V                                                          Crim. No. 3:06CR00001/RV

JEFFREY T. STAHLER

       On March 14, 1995, the above named was sentenced to a period of eight (8) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Jeffrey T. Stahler be discharged from supervised release.

                                                         Respectfully submitted,

                                                         Russell A. Szafran
                                                         U.S. Probation Officer

### ORDER OF THE COURT

       Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this  28  day of  March , 2006.

                                            Roger Vinson
                                            Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 MAR 28 PM 12: 02

FILED